IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ORONDE D. HOLMES                                                                                PLAINTIFF

v.                                       4:23-cv-01084-BSM-JJV

ERIC HIGGINS,
Jail Administrator; *et al.*                                                                    DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Brian S. Miller. Any party may serve and file written objections to this Recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

**I.      DISCUSSION**

On November 16, 2023, Plaintiff filed a *pro se* Complaint seeking relief pursuant to 42 U.S.C. § 1983 and an Application to Proceed *In Forma Pauperis* ("IFP Application"). (Docs. 1, 2.) At that time, he was a pretrial detainee at the Pulaski County Detention Facility ("PCDF"). However, on November 28, 2023, mail sent by the Clerk to Plaintiff at the PCDF was returned undelivered because he was no longer in that facility. (Doc. 3.)

On November 29, 2023, I entered an Order denying Plaintiff's IFP Application as moot because the financial information about the funds he formerly held at the PCDF was obsolete. (Doc. 4.) I then gave Plaintiff thirty days to update his mailing address and either pay the filing

fee in full or file an updated IFP Application. And I warned Plaintiff I would recommend dismissal if he did not timely comply with my instructions.

Plaintiff has not complied with my November 29, 2023 Order, and the time to do so has expired. Because the Court has no way to contact Plaintiff, it would be futile to grant him an extension of time to comply with my instructions. (Doc. 5.) Accordingly, I recommend this case be dismissed without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

## II.  CONCLUSION

IT IS, THEREFORE, RECOMMENDED that:

1. The Complaint (Doc. 2) be DISMISSED without prejudice due to a lack of prosecution, and this case be CLOSED.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 3rd day of January 2024.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE