IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ORONDE D. HOLMES**                                                                                       **PLAINTIFF**

v.                               **CASE NO. 4:23-CV-01084-BSM**

**ERIC HIGGINS,** *et al.*                                                                                **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 6] is adopted. Oronde Holmes's complaint is dismissed without prejudice due to a lack of prosecution. It is certified, pursuant to 28 United States Code section 1915(a)(3), that an *in forma pauperis* appeal of this dismissal would not be taken in good faith. The clerk is directed to close this case.

IT IS SO ORDERED this 23rd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE