IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ORONDE D. HOLMES**                                                                 **PLAINTIFF**

v.                              **CASE NO. 4:23-CV-01084-BSM**

**ERIC HIGGINS,** *et al.*                                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE